UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCA SANCHEZ, MARYA MORGADO, and MARIA REYES individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>EL RANCHO SPORTS BAR CORP., RAUL ORTEGA, and ARACELI ORTEGA<br><br>        Defendants. | Case No.: 13 cv 5119(RA) |

## CONSENT TO JOIN

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action in my name and on my behalf by the above representative Plaintiffs and so designate them as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit.

_____      _____
Print Name                                                       Signature

_____      _____
Street Address                                               Telephone

_____      _____
City, State, Zip Code                                      Date

**PLEASE RETURN THIS FORM NO LATER THAN _____ TO:**

        MICHAEL TAUBENFELD, ESQ.
        Attorney for Plaintiffs
        SERRINS FISHER LLP
        233 Broadway, Suite 2340
        New York, NY 10279
        tel.: 212-571-0700
        fax: 212-233-3801
        email: michael@serrinsfisher.com